472 A.2d 267

Commonwealth v. $1,010.00 in U.S. Currency.

Appeal of Robert W. Nunnery.

Petition for Allowance of Appeal
Denied June 22, 1984.

Submitted September 13, 1983. J. Brian Johnson, for appellant; William H. Platt, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

Order affirmed.

MONTEMURO, J., filed a memorandum dissenting statement.